```
1  DAVID R. ZARO (BAR NO. 124334)
   MATTHEW D. PHAM (BAR NO. 287704)
2  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
3  865 South Figueroa Street, Suite 2800
   Los Angeles, California 90017-2543
4  Phone: (213) 622-5555
   Fax:   (213) 620-8816
5  E-Mail: dzaro@allenmatkins.com
           mpham@allenmatkins.com
6
   EDWARD G. FATES (BAR NO. 227809)
7  REBECCA H. WILLIAMS (BAR NO. 328320)
   ALLEN MATKINS LECK GAMBLE
8    MALLORY & NATSIS LLP
   One America Plaza
9  600 West Broadway, 27th Floor
   San Diego, California 92101-0903
10 Phone: (619) 233-1155
   Fax:   (619) 233-1158
11 E-Mail: tfates@allenmatkins.com
           bwilliams@allenmatkins.com
12
   Attorneys for Plaintiff
13 KRISTA FREITAG, Receiver
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA FREITAG, Court-appointed permanent receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates,,<br><br>Plaintiff,<br><br>vs.<br><br>SARAH CHRISTINE PETERSON, an individual; CLAIRE LAUREN PETERSON, an individual; DEL MAR CAPITAL INVESTORS LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:25-cv-02257-TWR-AHG<br><br>**RECEIVER'S NOTICE OF MOTION AND MOTION FOR APPROVAL OF SETTLEMENT BETWEEN RECEIVER AND DEL MAR CAPITAL INVESTORS, LLC**<br><br>Date: April 2, 2026<br>Time: 1:30 p.m.<br>Ctrm: 14A<br>Judge Hon. Todd W. Robinson |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on April 2, 2026 at 1:30 p.m. in Courtroom 14A of the United States District Court, Southern District of California, located at 333 West Broadway, San Diego, California 92101, Krista Freitag ("Receiver"), the Court-appointed permanent receiver for Defendant ANI Development, LLC, Relief Defendant American National Investments, Inc., and their subsidiaries and affiliates ("Receivership Entities"), will, and hereby does, move this Court for Approval of a Settlement with Del Mar Capital Investors, LLC. ("Motion).

This Motion is based upon this notice, the accompanying Memorandum of Points and Authorities, the Declaration of Krista L. Freitag, and all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of hearing.

**Procedural Requirements:**  If you oppose the Motion, you are required to file your written opposition with the Office of the Clerk, United States District Court, Southern District of California, 333 West Broadway, Suite 420, San Diego, California 92101, and serve the same on the undersigned by the deadline to be set by the Court (further notice will be provided).  An opposing party's failure to file an opposition to any motion may be construed as consent to the granting of the motion pursuant to Civil Local Rule 7.1(f)(3)(c).

Dated:  February 19, 2026

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By:     */s/ Edward G. Fates*
DAVID R. ZARO
EDWARD G. FATES
MATTHEW D. PHAM
Attorneys for Plaintiff
KRISTA FREITAG, Receiver