## EXHIBIT INDEX

| EXHIBIT NO. | DESCRIPTION | PAGE NO. |
|---|---|---|
| Exhibit A | Settlement Agreement and Mutual Release (Del Mar Capital Investors, LLC) | 7 |