UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA FREITAG,<br>Court-appointed permanent receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates,<br><br>                              Plaintiff,<br><br>v.<br><br>SARAH CHRISTINE PETERSON; CLAIRE LAUREN PETERSON; DEL MAR CAPITAL INVESTORS, LLC; and DOES 1–10,<br><br>                              Defendants. | Case No.:  3:25-cv-02257-TWR-AHG<br><br>**ORDER CONTINUING SECOND EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE** |

      Before the Court is Non-Party Kim Peterson's email request for a continuance of the Second Early Neutral Evaluation Conference ("ENE") in this matter, which is presently set for March 13, 2026. Email to Chambers (Mar. 9, 2026, at 3:11 PM). Defendants Sarah Peterson and Claire Peterson provided a confidential response, as did the Receiver. Email to Chambers (Mar. 9, 2026, at 6:26 PM); Email to Chambers (Mar. 10, 2026, at 5:53 PM). Upon due consideration of the positions of all parties, the Court will **CONTINUE** the Second ENE and orders as follows:

1. The Second ENE scheduled for March 13, 2026, is **RESET** for **April 27, 2026** at **2:00 p.m.** before the Honorable Allison H. Goddard *via videoconference*.

2. The Court requires the personal attendance of all parties, party representatives with full[1] settlement authority, including claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation at the conference.

3. No later than **March 5, 2026**, each party must submit to the Court via email (not filed) (to efile_goddard@casd.uscourts.gov) the names, titles, and email addresses of all attendees, as well as the cell phone number of each party's preferred point of contact.

4. Court staff will send the Zoom invitation to all attendees in advance of the conference.

5. No later than **April 20, 2026**, each party must submit to the Court via email (not filed) (to efile_goddard@casd.uscourts.gov) an Updated Confidential Settlement Letter, to provide an update to the Court regarding occurrences in, and the settlement posture of, the case since the last ENE. <u>These statements shall not be filed or served on opposing counsel.</u>

6. To facilitate further settlement discussions, discovery in this matter remains **STAYED**.

//
//

---

[1] The Court reminds the parties that parties and party representatives with full and complete authority to enter into a binding settlement must be present at the ENE. Full authority to settle means that a person must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. *Heileman Brewing Co., Inc. v. Joseph Oat Corp.*, 871 F.2d 648, 653 (7th Cir. 1989). The person needs to have "unfettered discretion and authority" to change the settlement position of a party. *Pitman v. Brinker Int'l, Inc.*, 216 F.R.D. 481, 485–86 (D. Ariz. 2003). Limited or sum certain authority is not adequate. *Nick v. Morgan's Foods, Inc.*, 270 F.3d 590, 595–97 (8th Cir. 2001). A person who needs to call another person who is not present at the MSC before agreeing to any settlement does not have full authority.

7. In the event the case does not settle at the Second ENE, the Court will immediately thereafter hold a Case Management Conference ("CMC") pursuant to Fed. R. Civ. P. 16(b). No pre-conference submissions are required ahead of the CMC.

8. All participants shall display the same level of professionalism during the ENE and CMC and be prepared to devote their full attention to the conference as if they were attending in person, i.e., cannot be driving or in a car while speaking to the Court. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

9. Counsel are advised that although the ENE and CMC will take place on Zoom, all participants shall appear and conduct themselves as if it is proceeding in a courtroom, i.e., all participants must dress in appropriate courtroom attire.

**IT IS SO ORDERED.**

Dated: March 11, 2026

_____
Honorable Allison H. Goddard
United States Magistrate Judge