PATRICK J. D'ARCY (SBN 250174)
**PATRICK J. D'ARCY APC**
1 Park Plaza, Suite 380
Irvine, CA 92614
(949) 988-7640
Telecopier (949) 988-7641
pat@patricklaw.net
Attorney for Defendants
DEL MAR CAPITAL INVESTORS, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA FREITAG, Court-appointed permanent receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SARAH CHRISTINE PETERSON, an individual; CLAIRE LAUREN PETERSON, an individual; DEL MAR CAPITAL INVESTORS, LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 3:25-cv-2257-TWR-AHG<br><br>Judge:　　Hon. Todd W. Robinson<br>Magistrate<br>Judge:　　Hon. Allison H. Goddard<br><br>**JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br><br>ENE Conference and CMC<br><br>Date:　　April 27, 2026<br>Time:　　2:00 p.m. |

Under Local Rule 7.2, the Court's Chamber Rules, and the Court's Order Setting Early Neutral Evaluation Conference and Case Management Conference (ECF No. 13 at 6),  Sarah Christine Peterson and Claire Lauren Peterson ("Peterson Daughter Defendants"),  Del Mar Capital Investors LLC ("Defendant Del Mar"), and Krista Freitag ("Plaintiff"), Court-appointed permanent receiver for ANI Development, LLC, American National Investments, Inc., and their

-1-
JOINT MOTION TO CONTINUE ENE AND CMC CONFERENCE

subsidiaries and affiliates, hereby move and stipulate that the Court continue the Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC") scheduled for April 27, 2026 at 2:00 p.m., via video conference before Magistrate Judge Allison H. Goddard (ECF No. 26 at 1), and state as follows:

A.    The Court continued the previous ENE and CMC set for March 13, 2026 at the request of interested party Kim Peterson. (D'Arcy Decl. at ¶4; ECF 25.)

B.    Good cause exists for this request due to a calendar conflict for Del Mar's counsel. Del Mar's counsel has represented that on April 27, 2026, he will be at an in-person hearing in Glendale involving his client, a surgeon, and to present a defense to the California Medical Board and that his factual knowledge is critical to address the false allegations made against him as well as the legal insufficiency of these charges. (D'Arcy Decl. at ¶¶4-5.) Del Mar's counsel expects the hearing with the CMB to last at least four hours, and begins at 1:30 p.m. His client's licensure is dependent on his appearance. As a result, Del Mar's counsel represents that his client in the CMB matter would suffer irreparable harm without the presence of his counsel.

C.    Mr. D'Arcy has met and conferred with counsel for Plaintiff and the Peterson Daughter Defendants, both of whom do not oppose this request. (D'Arcy Decl. at ¶8.)

D.    As for the ENE, the Plaintiff and Defendant Del Mar are pleased to inform the Court that they have settled, with the Court orally granting the Receiver's motion to approve the settlement on April 2, 2026. [ECF 27.] Only the Peterson Daughter Defendants remain as defendants in this case.

E.  The April 27, 2026 ENE and CMC required counsel to file the names of all participants and a Confidential Settlement Letter no later than eight days before the continued hearing. Unless ordered otherwise, counsel for the parties will submit these filings to "track" to the newly continued ENE and CMC.

JOINT MOTION TO CONTINUE ENE AND CMC CONFERENCE

F.    Counsel for all parties have conferred and are available on any of the following dates, in order of preference:

- Monday, May 4, 2026
- Tuesday, May 5, 2026
- Wednesday, May 6, 2026
- Thursday, May 7, 2026
- Tuesday, May 26, 2026

Accordingly, the parties respectfully submit that good cause exists, under Local Rule 7.2, the Court's Chamber Rules, and the Court's Order Setting Early Neutral Evaluation Conference and Case Management Conference (ECF 13) for a continuance of the ENE and CMC.

Respectfully Submitted,

DATED: April 3, 2026    **PATRICK J. D'ARCY, APC**

*s/ Patrick J. D'Arcy*
Patrick J. D'Arcy
Attorney for Defendant
DEL MAR CAPITAL INVESTORS, LLC

DATED: April 3, 2026    **ALLEM MATKINS LECK GAMBLE MALLORY & NATSIS LLP**

*s/ Edward Fates*
Edward G. Fates
David R. Zaro
Matthew D. Pham
Attorneys for Plaintiff
KRISTA FREITAG, Receiver

DATED: April 3, 2026    **LEWIS KOHN & WALKER, LLP**

*s/ Brett Weaver*
Brett Weaver
Attorney for Defendants
SARAH PETERSON and CLAIRE PETERSON

# <u>SIGNATURE CERTIFICATION</u>

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I certify that the content of this document is acceptable to both Edward G. Fates, counsel for Plaintiff Krista Freitag, and Brett Weaver, counsel for Defendants Sarah Peterson and Claire Peterson, and that I have obtained Mr. Fates' and Mr. Weaver's authorization to affix their electronic signatures to this document.

DATED: April 3, 2026        **PATRICK J. D'ARCY APC**

           *s/ Patrick J. D'Arcy*
           Patrick J. D'Arcy
           Attorney for Defendants
           DEL MAR CAPITAL INVESTORS, INC.

JOINT MOTION TO CONTINUE ENE AND CMC CONFERENCE

# CERTIFICATE OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Patrick D'Arcy, declare:

At the time of service, I was over 18 years of age. I am employed in the County of Orange, State of California. My business address is 1 Park Plaza, Suite 380, Irvine, CA 92614. I hereby certify the following: I am over the age of 18 years and am not a party to the above-captioned action. I am a registered user of the CM/ECF system for the United States District Court for the Southern District of California.

On April 3, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. To the best of my knowledge, all counsel to be served in this action are registered CM/ECF users and will be served by the CM/ECF system.

| | |
|---|---|
| Ted Fates, Esq., Allen Matkins Leck Gamble Mallory & Natsis One America Plaza, 600 West Broadway, 27th Floor, San Diego, CA 9210-0903 (619) 233-1155 Email: tfates@allenmatkins.com | Counsel for Plaintiff, Krista Freitag, Court-appointed permanent receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates |
| Brett Weaver, Esq., Lewis Kohn & Walker, LLP, 17085 Via Del Campo, San Diego, CA 92127 Email: bweaver@lewiskohn.com (858) 436-1131. | Defendants Sarah Christine Peterson and Claire Lauren Peterson |

[X]    BY ELECTRONIC SERVICE: I caused said documents to be transmitted in Portable Document Format (.pdf) format to the email addresses listed above, from the sender's address. pat@patricklaw.net

Executed on April 3, 2026 at Irvine, California.

/s/ Patrick J. D'Arcy
Patrick J. D'Arcy
Attorney for Defendants
DEL MAR CAPITAL INVESTORS, INC.

-1-
CERTIFICATE OF SERVICE