DAVID R. ZARO (BAR NO. 124334)
MATTHEW D. PHAM (BAR NO. 287704)
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone:  (213) 622-5555
Fax:  (213) 620-8816
E-Mail:  dzaro@allenmatkins.com
         mpham@allenmatkins.com

EDWARD G. FATES (BAR NO. 227809)
REBECCA H. WILLIAMS (BAR NO. 328320)
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone:  (619) 233-1155
Fax:  (619) 233-1158
E-Mail:  tfates@allenmatkins.com
         bwilliams@allenmatkins.com

Attorneys for Plaintiff
KRISTA FREITAG, Receiver

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA FREITAG, Court-appointed permanent receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates,<br><br>Plaintiff,<br><br>vs.<br><br>SARAH CHRISTINE PETERSON, an individual; CLAIRE LAUREN PETERSON, an individual; DEL MAR CAPITAL INVESTORS LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:25-cv-02257-TWR-AHG<br><br>**RECEIVER'S NOTICE OF MOTION AND MOTION TO STAY CASE PENDING COMPLETION OF SALE OF REAL PROPERTY**<br><br>Date:  June 18, 2026<br>Time:  1:30 p.m.<br>Ctrm:  14A<br>Judge Hon. Todd W. Robinson |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on June 18, 2026, at 1:30 p.m. in Courtroom 14A of the United States District Court, Southern District of California, located at 333 West Broadway, San Diego, California 92101, Krista Freitag ("Receiver"), the Court-appointed permanent receiver for Defendant ANI Development, LLC, Relief Defendant American National Investments, Inc., and their subsidiaries and affiliates ("Receivership Entities"), will, and hereby does, move this Court for an order to Stay Case Pending Completion of Sale of Real Property ("Motion").

This Motion is based upon this notice, the accompanying Memorandum of Points and Authorities, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of hearing.

**Procedural Requirements:** If you oppose the Motion, you are required to file your written opposition with the Office of the Clerk, United States District Court, Southern District of California, 333 West Broadway, Suite 420, San Diego, California 92101, and serve the same on the undersigned no later than 14 calendar days prior to the hearing date. An opposing party's failure to file an opposition to any motion may be construed as consent to the granting of the motion pursuant to Civil Local Rule 7.1(f)(3)(c).

Dated: May 1, 2026

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By:    */s/ Edward G. Fates*
DAVID R. ZARO
EDWARD G. FATES
MATTHEW D. PHAM
Attorneys for Plaintiff
KRISTA FREITAG, Receiver

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4930-5462-9543.1

-2-